**No. 10-1235. Dan Kovacic, et al., Petitioners v. Juan Villarreal, et al.**

564 U.S. 1004, 131 S. Ct. 2995, 180 L. Ed. 2d 821, 2011 U.S. LEXIS 4544.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 628 F.3d 209.